UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAFAYETTE REDDRICK, | ) | Case No.: 1:09 CV 1383 |
| Petitioner | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| J.T. SHARTLE, *et al.*, WARDEN, | ) | |
| Respondent | ) | JUDGMENT ENTRY |

Consistent with the Memorandum of Opinion issued in the above-captioned case, this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

August 1, 2011